IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBIN WHITE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, SECRETARY OF UNITED STATES DEPARTMENT OF HEALTH and HUMAN SERVICES,<br><br>　　　　　　Defendant. | Civil No. 4:19-CV-00055-JAJ-CFB<br><br>**UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE** |

　　　　Defendant Alex M. Azar, Secretary of the United States Department of Health and Human Services ("HHS"), requests that the Court extend the parties' briefing schedule by 14 days. In support of that request, the undersigned states:

　　　　1.　　On July 22, 2020, the Court entered an order setting a briefing schedule. (ECF No. 47.)

　　　　2.　　The Court ordered both parties to file their opening briefs by October 23, 2020.

　　　　3.　　The undersigned is dealing with a family emergency. Thus, Defendant requires additional time to file his opening brief.

　　　　4.　　The undersigned has notified Plaintiff. Plaintiff does not object to extending the parties' briefing schedule by 14 days.

　　　　5.　　Defendant requests that the Court extend the briefing deadlines as follows:

　　　　Both parties' opening briefs due by November 6, 2020.

　　　　Both parties' responsive briefs due by January 5, 2021.

　　　　Both parties' reply briefs due by February 4, 2021.

WHEREFORE, Defendant respectfully requests that the Court extend the parties' briefing schedule by 14 days.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Kristin E. Olson*
Kristin E. Olson
Assistant United States Attorney
U.S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: kristin.olson@usdoj.gov

Lisa Steele
Special Assistant United States Attorney and
 Assistant Regional Counsel
Office of the General Counsel
200 Independence Ave., SW
Humphrey Bldg., Room 713F
Washington, DC 20201
Phone: 202-690-7741
Fax: 202-690-7998
Email: lisa.steele@hhs.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either by U.S. First Class Mail or email upon the following:

Robin White
104 Park Ridge Drive
Otley, Iowa 50214
rob50214@gmail.com

                                              */s/ Kristin E. Olson*
                                              Kristin E. Olson
                                              Assistant U.S. Attorney